# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0061

VERSUS

RICHARD VERDIN

**MAY 22, 2020**

---

In Re:  Richard Verdin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 642610.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT GRANTED IN PART AND DENIED IN PART.**  The district court's ruling denying relator's application for postconviction relief is vacated in part for the sole purpose of remanding the application to the district court for a hearing on relator's claim regarding his conviction by a non-unanimous jury verdict, in light of **Ramos v. Louisiana,** ___ U.S. ___, ___ S.Ct. ___, ___ L.Ed.2d ___ (2020), 2020 WL 1906545.  In all other respects, the writ application is denied.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT